ANNIE GOLDSTEIN, Appellant, *v.* NEW YORK LIFE INSURANCE COMPANY, Respondent.

*Goldstein* v. *N. Y. Life Ins. Co.*, 176 App. Div. 813, affirmed.

(Submitted June 6, 1919; decided July 15, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 14, 1917, which affirmed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a motion for a new trial. The action was to recover upon two policies of life insurance. The defense was that the policies were procured through fraudulent statements of the insured to the defendant's examining physician as to his condition of health.

*Morris E. Gossett* for appellant.

*James H. McIntosh* and *Louis H. Cooke* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK and McLAUGHLIN, JJ. Dissenting: CARDOZO, POUND and ANDREWS, JJ.